### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRANDY HOUK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CAUSE NO. 06-CV-4020-WDS** |
| ) | |
| **JOHNSON & JOHNSON, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### O R D E R

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: February 15, 20006.**

s/ WILLIAM D. STIEHL
DISTRICT JUDGE